**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 108.29.89.230,<br><br>                 Defendant. | Civil Action No. 2:19-cv-03036-ARR-RLM |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### <u>WITHOUT PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 108.29.89.230. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 28, 2019                      Respectfully submitted,

                                                        By:   <u>/s/ *Jacqueline M. James*</u>
                                                                 Jacqueline M. James, Esq. (#1845)
                                                                 The James Law Firm, PLLC
                                                                 445 Hamilton Avenue, Suite 1102
                                                                 White Plains, New York 10601
                                                                 T: 914-358-6423
                                                                 F: 914-358-6424
                                                                 E-mail: jjames@jacquelinejameslaw.com
                                                                 *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                          By: /s/ *Jacqueline M. James*
                                                 Jacqueline M. James, Esq.